# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **INTERNATIONAL ASSOCIATION OF** | : | **CIVIL ACTION** |
| **MACHINISTS AND AEROSPACE WORKERS** | : | |
| **DISTRICT LOCAL LODGE 1776, et al** | : | |
| | : | |
| **v.** | : | |
| | : | |
| **DARRELL JACKSON, et al** | : | **NO. 09-150** |

## ORDER

**AND NOW**, this 19th day of February, 2010, upon consideration of Defendants' Motions to Dismiss, the responses filed in opposition and after argument, it is hereby **ORDERED** that Defendants' Motions (Doc. Nos. 5 and 9) are **GRANTED**. All of Plaintiffs' claims are dismissed.


**BY THE COURT:**

**/s/ Mitchell S. Goldberg**

_____

**Mitchell S. Goldberg, J.**